UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 12-2552-DMG (CWx) | Date | April 21, 2014 |
| Title | Brandon Muhammad v. China Sky One Medical Inc., et al. | | |

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| V.R. Vallery for K. Tien | NONE PRESENT |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**   IN CHAMBERS  -   ORDER AND NOTICE TO PARTIES

On June 21, 2013, the Court granted plaintiffs a final extension of time to complete service of process on all individual defendants [Doc. # 43].   To date, plaintiffs have not complied with said order.

Accordingly, good cause appearing the Court **DISMISSES** this action without prejudice pursuant to Local Rule 41-1 for failure to prosecute as to defendants Yan-Qing Liu, Xiao-Yan Han, Yu-Bo Hao, Yu-Kun Zhang, and Hong-Yu Pan.  Further, plaintiffs are instructed to file an Application for Entry of Default Judgment pursuant to Rule 55b of the Federal Rules of Civil Procedure as to defendant China Sky One Medical, Inc. by no later than May 21, 2014.  Failure to do so shall result in the dismissal of the remaining defendant.

IT IS SO ORDERED.